In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc. Opening and Extending Woodbine Street, etc.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 9,042, Issued to Angelo Percoco, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Carr, Stapleton and Rich, JJ., concurred; Jenks, P. J., and Mills, J., dissented.

In the Matter of the Probate of a Paper Writing Purporting to Be the Last Will and Testament of Theodore A. Lord, Deceased. Anna Di Hunsdon, as Administratrix, etc., and Others, Appellants; Eugenie M. Ferrer (Calling Herself Eugenie Ferrer Lord), Respondent.— Order of the Surrogate's Court of Westchester county denying motion for resettlement reversed; order of April 23, 1915, modified as proposed by the appellants on their motion for resettlement, and as so modified affirmed, without costs of this appeal to any party. (See *Matter of Hamilton*, 76 Hun, 200; *Matter of Bitter*, N. Y. L. J. June 2, 1915; *Matter of Comins*, 9 App. Div. 492.) Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of Proving the Alleged Last Will and Testament of John O'Donnell, Deceased. John H. O'Donnell and Others, Appellants; Mary Ahearn and Others, Respondents.— Decree of the Surrogate's Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.